**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 24-6260**

———————

ALBERT MARQUAVIOUS LAMAR ANDERSON,

Plaintiff - Appellant,

v.

NOVANT HEALTH, Medical Care sued in official capacity; DAVIE COUNTY, County sued in official capacity; DAVIE COUNTY LAW ENFORCEMENT DETENTION CENTER, JAIL, sued in official capacity; CITY OF MOCKSVILLE, sued in official capacity; MEDICAL PROVIDER, sued in individual and official capacity; JANE DOE, Nurse sued in individual capacity; SHERIFF'S OFFICE, sued in official capacity; JOHN DOE, Chief Sheriff sued in individual and official capacity; JONES, Deputy sued in individual capacity; MCMILLIAN, Deputy sued in individual capacity; JOHN DOE 1, Sergeant sued in individual capacity; JANE DOE 1, Captain sued in individual capacity; JOHN DOE 2, Sergeant sued in individual capacity; JANE DOE 3, sued in individual capacity; JANE DOE 4, Nurse sued in individual capacity; ALEXA, Health Care Provider sued in individual capacity; JOHN DOE 3, Health Care Provider sued in individual capacity; JOHN DOE 4, Health Care Provider sued in individual capacity; NURSE JOHN DOE 5, Health Care Provider sued in individual capacity; JOHN DOE 6, Security Guard sued in individual capacity; WILLIAMS, Security Guard sued in individual capacity; PROBATION OFFICE, Davie County sued in official capacity; NURSE JOHN DOE 7, Probation Officer sued in individual capacity; JOHN DOE 8, Probation Analyst sued in individual capacity; MCCLERE, Sheriff sued in individual capacity; BEN, Correctional Officer sued in individual capacity; JANE DOE 5, Ultrasound sued in individual capacity,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro. Loretta C. Biggs, Senior District Judge. (1:24-cv-00022-LCB-LPA)

2

_____

Submitted: February 20, 2025                    Decided: February 25, 2025

_____

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Albert Anderson, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Albert Marquavious Lamar Anderson appeals the district court's order adopting the magistrate judge's recommendation and dismissing Anderson's 42 U.S.C. § 1983 complaint without prejudice to Anderson's filing of a new complaint that cures the defects identified by the magistrate judge. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Anderson's informal brief and supplemental informal brief do not challenge the basis for the district court's disposition, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we deny all pending motions and affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*